TO: Clerk's Office
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL

******************************
UNITED STATES OF AMERICA

-v.-

TIMOTHY MARTINEZ

20 MJ 123
Docket Number

******************************

SUBMITTED BY: Plaintiff____ Defendant____ DOJ ✓
Name: Marietou Diouf
Firm Name: USAO-EDNY
Address: 271A Cadman Plaza East
Brooklyn, New York 11201
Phone Number: 718-254-6263
E-Mail Address: marietou.diouf@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES____ NO ✓
If yes, state description of document to be entered on docket sheet:

A) If pursuant to a prior Court Order:
Docket Number of Case in Which Entered:_____
Judge/Magistrate Judge:_____
Date Entered:_____

B) If a **new** application, the statute, regulation, or other legal basis that authorizes filing under seal

ONGOING CRIMINAL INVESTIGATION; RISK OF FLIGHT

ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY **NOT** BE UNSEALED UNLESS ORDERED BY THE COURT.

DATED: Brooklyn                    , NEW YORK
       February 5, 2020

_____
~~U.S. DISTRICT JUDGE~~/U.S. MAGISTRATE JUDGE

RECEIVED IN CLERK'S OFFICE February 5, 2020
                                 DATE

**MANDATORY CERTIFICATION OF SERVICE**:
A.) ____ A copy of this application either has been or will be promptly served upon all parties to this action, **B.**) ____ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation:_____; or **C.**) ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns.
(Check one)

February 5, 2020                    _____
   DATE                                   SIGNATURE