F.# 2019R01291

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

TIMOTHY MARTINEZ,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

PROPOSED ORDER

CR 20-123-M

Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Marietou Diouf, for an order unsealing the complaint and arrest warrant in the above-captioned matter.

WHEREFORE, it is ordered that the complaint and arrest warrant in the above-captioned matter be unsealed.

Dated:  Brooklyn, New York
         Feb. 7, 2020

                                      HONORABLE ROANNE L. MANN
                                      UNITED STATES MAGISTRATE JUDGE
                                      EASTERN DISTRICT OF NEW YORK