# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

United States of America

      -v-

TIMOTHY MARTINES

Defendant.

NOTICE OF APPEARANCE

Docket Number: 20 MJ 123

Judge:

Date:

PLEASE NOTICE, that I have been RETAINED by _____

the above named defendant. I was admitted to practice in this district on __12/91__.

Signature: _[signature]_

Print Name: J. CORUZZO

Bar Code: JC 7762

Office Address: 260 MADISON AVE
NY NY 10016

Telephone #: 212-545-8772

*** NOTICE TO ATTORNEY***

      **Bar Code - The attorney's initials and last four digits of the social security number must appear on all pleading.