UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-

TIMOTHY MARTINEZ,

       Defendant
------------------------------------------------------------X

Case No. 20–MJ–123 (RLM)
NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that the undersigned counsel, Angela D. Lipsman, appears as an associate of Rubinstein & Corozzo, LLP, Attorneys for the Defendant TIMOTHY MARTINEZ, in the above-entitled action, and should be included in all correspondence, including notices of electronic filing generated through CM/ECF, and all other matters.

Dated: New York, New York
       February 10, 2020

Respectfully submitted,

_____/s/_____
Angela D. Lipsman
Rubinstein & Corozzo, LLP
260 Madison Avenue, 22d Fl.
New York, New York 10016
(212) 545-8777
(917) 722-8206 (fax)
alipsman@rubcorlaw.com