# UNITED STATES DISTRICT COURT

EASTERN     District of     NEW YORK

UNITED STATES OF AMERICA

Plaintiff(s),

V.

TIMOTHY MARTINEZ

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 20 MJ 123 (RLM)

Notice is hereby given that, subject to approval by the court, __TIMOTHY MARTINEZ__ substitutes (Party (s) Name)

__Louis E. Diamond__, State Bar No. __1048495__ as counsel of record in (Name of New Attorney)

place of __Angela D. Lipsman and Joseph R. Corozzo__
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: The Law Offices of Louis E. Diamond, Esq.
Address: 36 Richmond Terrace / Room 207, Staten Isl, NY 10301
Telephone: (718) 448-4800     Facsimile (718) 351-4350
E-Mail (Optional):

I consent to the above substitution.
Date: 2/24/20
_(signature)_
(Signature of Party (s))

I consent to being substituted.
Date: 2/21/2020
_Angela D. Lipsman, Esq._
_Joseph R. Corozzo, Esq._
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 2/24/20
_(signature)_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]